IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILA LADENHEIM, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| STARR TRANSIT COMPANY, INC., et al. | : | NO. 16-739 |

## ORDER

**AND NOW**, this 16th day of March, 2017, upon consideration of Defendant Starr Transit Company, Inc.'s Motion for Summary Judgment (Docket No. 23), Plaintiffs' Motion to Amend Complaint (Docket No. 28), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **DENIED**.

2. Plaintiffs' Motion to Amend Complaint is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____
John R. Padova, J.